

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00076-CV

ALAN NELSON CROTTS, Appellant

V.

JOHN F. HEALEY, JR. AND JEFF STRANGE, Appellees

Appeal from the 268th District Court of Fort Bend County. (Tr. Ct. No. 14-DCV-217232).

This case is an appeal from the final judgment signed by the trial court on December 19, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Alan Nelson Crotts, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 8, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Brown.